UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN, | No. 2:15-cv-1585 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. WHITTEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 25, 2016, the magistrate judge filed Findings and Recommendations herein (ECF No. 12) which were served on Plaintiff and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. Plaintiff timely filed objections to the Findings and Recommendations. ECF No. 13.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed January 25, 2016 (ECF No. 12) are ADOPTED IN FULL.

2. All Defendants and claims, except the First Amendment retaliation claims against Defendants Whitten, Dooley, and Mendosa, are DISMISSED from this action.

IT IS SO ORDERED.

Dated: February 17, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT