UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN, | No. 2:15-cv-1585 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. WHITTEN, et al., | |
| Defendants. | |

This pro se prisoner civil rights action proceeds on the First Amended Complaint. (ECF No. 11.) Service has been ordered on defendants Dooley, Mendonsa, and Whitten. (ECF No. 15.) Before the court is plaintiff's motion for judicial notice, or alternatively to supplement his complaint pursuant to Rule 15(d) of the Federal Rules of Civil Procedure. (ECF No. 18.) Plaintiff avers that Exhibit A, attached to his motion, was filed in another case[1] and is relevant to his retaliation claims in this action. (Id. at 2; see Ex. A.) The pleading attached as Exhibit A was docketed in that case on July 30, 2012. (Vojkufka, ECF No. 99.)

Supplementation under Rule 15(d) is not warranted, as that rule concerns "a supplemental pleading setting out any transaction, occurrence, or event that happened <u>after</u> the date of the pleading to be supplemented." (Emphasis added.) However, the undersigned will take judicial

---

[1] Heilman v. Vojkufka, 2:08-cv-2788 KJM EFB, closed June 17, 2014.

1

notice of court records filed in plaintiff's previous lawsuit, including the motion attached as Ex. A. Plaintiff may refer to this record – and any other record docketed in <u>Vojkufka</u> – in any future pleading in this action.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for judicial notice (ECF No. 18) is granted.

Dated: April 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/heil1585.ord