UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOHN HEILMAN, | No. 2:15-cv-1585 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| A. WHITTEN, et al., | |
| Defendants. | |

On September 25, 2015, the court granted plaintiff in forma pauperis status and ordered prison officials to deduct the filing fee for this action from plaintiff's prison trust account. (ECF No. 7.) On July 8, 2016, after defendants filed a motion to revoke in forma pauperis status, plaintiff paid the filing fee for this action in full. (See ECF No. 26.)

In a recent motion, plaintiff asks the court to notify prison officials that the filing fee for this action has been paid and need not be deducted from his trust account. (ECF No. 36.)

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to remove incorrect charges from inmate trust account (ECF No. 36) is granted as follows:

1. The September 25, 2015 order directing prison officials to deduct the filing fee for this action from plaintiff's trust account is hereby VACATED;

2. The Clerk of Court is directed to serve a copy of this order on the CDCR Inmate Trust Account Office, 1515 S Street, Sacramento, California 95814; and

3. The CDCR Inmate Trust Account Office is directed to remove the obligation of the new case filing fee for 2:15-cv-1585 MCE CKD from plaintiff's inmate trust account, as it has been paid in full.

Dated: October 25, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/heil1585.ord(2)